## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Gina M. Galantino, being sworn, state as follows:

## INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol Tobacco Firearms and Explosives ("ATF") and have been so employed since 2020. I am currently assigned to the Boston Field Office.

2. I am a graduate of the Federal Law Enforcement Training Center, where I completed ATF Special Agent Basic Training and the Criminal Investigator Training Program. During the course of my law enforcement career, I have participated in the execution of state and federal search and/or arrest warrants for violations of firearms and narcotics laws.

3. As a Special Agent for ATF, some of my duties include conducting criminal investigations into cases of illegal possession/transfer of firearms, firearms trafficking, and violent crimes involving firearms and narcotics trafficking. Through my training, knowledge, and experience, I have become familiar with the habits, methods, routines, practices, and procedures commonly employed by persons engaged in the use of illegal firearms. I have been the affiant on affidavits in support of federal search warrants and arrest warrants. I have participated in and performed surveillance and made arrests of firearm and narcotics users/traffickers who utilize their electronic devices to further their illegal activity. During the course of my professional experience, I have interviewed numerous defendants, witnesses, victims, confidential informants, and other police officers regarding the illegal use of firearms.

4. As a result of my training and experience, and that of other more senior law enforcement officers, I understand the various roles played by individuals or groups involved in firearms trafficking, narcotics distribution, and the unlawful use or possession of firearms.

**PURPOSE OF AFFIDAVIT**

5.I submit this affidavit in support of a criminal complaint against Terrence THIBEAU for being a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1) (the "Target Offense"). As set forth below, there is probable cause to believe that THIBEAU committed the Target Offense.

6.The facts in this affidavit come from my personal observations and review of records, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

**SUMMARY OF PROBABLE CAUSE**

7.On September 3, 2022, at approximately 3:51 p.m., Boston Police Department ("BPD") officers responded to a radio call for an individual with a firearm. According to the radio call, a 911 caller identified an individual with light skin walking towards Jackson Station in Roxbury, Massachusetts.[1] The 911 caller further stated that the individual had a firearm, was wearing a black t-shirt and grey shorts, on Amory Street, and that the individual was named Terrence THIBEAU, 29 years old, with "tatts" on his arms.

8.Upon receiving the call, a BPD officer arrived at Amory Street in a marked cruiser with activated lights and sirens and observed a light skin male, approximately 6'1", large build, wearing a black t-shirt and grey shorts. The officer parked the vehicle at the corner of Amory Street and Amory Terrace.

---

[1] Your affiant is aware of the identity of the 911 caller, who is an individual familiar with THIBEAU. The 911 caller provided this information anonymously.

9. Upon seeing the cruiser, the individual, later identified as THIBEAU, immediately turned around and began to run in the direction of Bragdon Street. The officer observed THIBEAU reach into his waistband with both hands and immediately gave verbal commands to THIBEAU to stop running and to "drop the gun." The officer further drew his department issued firearm while in pursuant of THIBEAU.

10. As the officer observed, THIBEAU pulled out a black firearm from his waistband and held it in his right hand. THIBEAU then threw the firearm into a parking lot.

11. The officer continued to chase THIBEAU to the corner of Bragdon Street. There, as the officer continued to give verbal commands for THIBEAU to get on the ground, THIBEAU put his hands in the air and the officer arrested him.

12. Other BPD officers made their way to the parking lot and found an Israel Weapons Industry Masada 9mm semi-automatic pistol with one round in the chamber and another 15 9mm cartridges in a magazine.

13. At the time of his arrest on September 3, 2022, THIBEAU previously was convicted of an offense for which the potential sentence exceeded one year. On October 30, 2017, in Norfolk Superior Court, THIBEAU was convicted of Unlawful Possession of a High-Capacity Firearm (docket number 1682CR00237A). THIBEAU was sentenced to a term of imprisonment of 3 years to 3 years and 1 day. By virtue of this conviction, THIBEAU is prohibited by the provisions of Title 18, United States Code, Section 922(g)(1) from the possession of ammunition which has traveled in or affected interstate commerce.

14. ATF conducted a preliminary analysis of the rounds of ammunition within the Israel Weapons Industry Masada 9mm semi-automatic pistol from September 3, 2022, and concluded that the ammunition was not manufactured in Massachusetts and thus traveled in

interstate commerce.

## CONCLUSION

15. Based upon the foregoing, I submit there is probable cause to believe that on or about September 3, 2022, Terrence THIBEAU was a felon in possession of ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Gina M. Galantino
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

ATTESTED and SWORN to before me telephonically in accordance with the requirements of Fed. R. Crim. P. 4.1 on December 14, 2023.

_____
Hon. Donald L. Cabell
Chief United States Magistrate Judge
District of Massachusetts